# EXHIBIT 1

# EXHIBIT 1

# reviewjournal.com



Powered by **Clickability**

📖 Click to Print

SAVE THIS | EMAIL THIS | Close

Feb. 28, 2010
Copyright © Las Vegas Review-Journal

## POLL: Obama's visit just bounced off Reid

### Poll shows senator gained little ground in re-election battle

By STEVE TETREAULT
© 2010 LAS VEGAS REVIEW-JOURNAL

WASHINGTON -- During his whirlwind visit to Las Vegas two weeks ago, President Barack Obama mentioned U.S. Sen. Harry Reid by name four dozen times, gave him a big hug and talked him up as if he was a long-lost brother.

In remarks that could not have been more laudatory, Obama repeatedly characterized the veteran Democratic leader as a man "made of very strong stuff" who was making the right decisions for the state back in the nation's capital.

But as Reid faces an uphill path to win re-election to a fifth Senate term, Obama's enthusiastic endorsement does not appear to have improved the Senate majority leader's standing among constituents, according to a new poll conducted for the Las Vegas Review-Journal.

Reid got no bounce from Obama's visit on Feb. 19, when the president spoke highly of him at Green Valley High School and to business leaders at CityCenter, polling indicates.

A larger percentage of voters surveyed (17 percent) said they would be less likely to vote for Reid following the president's visit than said they would be more likely to vote for him (7 percent). Seventy-five percent said Obama's visit would have no effect on how they vote.

"Reid was not helped, and Obama was not any more popular than he was before he came to the state," said Brad Coker, managing director at Mason-Dixon Polling & Research.

Obama's day in Vegas "did not have much of an effect" on Reid's re-election chances, notably among independent voters, Coker said.

"The independents hold the key to Reid, and for Reid there is no sign he is cracking them right now," he said.

Mason-Dixon researchers spoke over the phone with 625 likely Nevada voters Monday through Wednesday. The poll's margin of error is plus or minus 4 percentage points.

A political boost for Reid "wasn't the intent of the visit," Reid spokesman Jon Summers said.

"Senator Reid asked the president to come to Nevada to talk about jobs and the economy and in doing so they announced $100 million to help Nevadans who are underwater in their homes," Summers said.

Regarding Obama's trip to Las Vegas, the president's lack of a coattail for Reid to ride says as

much about Nevadans' ambivalence toward the president as it does about the senator, Coker said.

Reid's renewed focus on passing jobs bills in the Senate continues to be overshadowed in voters' minds by Obama's association with the unpopular health care debate, including Thursday's daylong health summit , Coker said.

"It would be to Obama and Reid's advantage to get off health care and get onto issues that people want them to work on," Coker said.

But Obama's visit served several purposes for Reid that wouldn't turn up in the numbers, at least not yet, said Mark Peplowski, a political science professor at the College of Southern Nevada.

One purpose is to excite the Democratic base, particularly younger voters and occasional voters who went with Obama in 2008 and need to be re-energized.

"Pollsters now are talking with inveterate voters, but Obama and Reid are looking long term at nine months from now because Harry doesn't have a primary race," Peplowski said.

David Damore, a UNLV professor, said Reid's ability to put Obama together with business leaders, as he did at a fundraiser and again at CityCenter, shows power brokers, including Republican ones, that he can continue to deliver.

That might cement Reid's support later among people who otherwise might think about contributing to his Republican challenger, Damore said.

Contact Stephens Media Bureau Chief Steve Tetreault at stetreault@reviewjournal.com or 202-783-1760.

**Find this article at:**
http://www.lvrj.com/news/obama_s-visit-just-bounced-off-reid-85760197.html

 **Click to Print**

SAVE THIS | EMAIL THIS | Close

⊡ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2

•

Advertise On
Sweetness & Light

« Obama Still Addicted To Tobacco Nicotine | Home | Soros: BHO Should've Taken Over Banks »



# Obama Visit Lost Reid 10% More Voters

From a strangely discreet Las Vegas Review Journal:

## POLL: Obama's visit just bounced off Reid

Poll shows senator gained little ground in
re-election battle

February 28, 2010

WASHINGTON — **During his whirlwind visit to
Las Vegas two weeks ago, President Barack
Obama mentioned U.S. Sen. Harry Reid by
name four dozen times, gave him a big hug and
talked him up as if he was a long-lost brother.**

**In remarks that could not have been more
laudatory, Obama repeatedly characterized the
veteran Democratic leader as a man "made of
very strong stuff" who was making the right
decisions for the state back in the nation's
capital.**

**REVIEW-JOURNAL**
**reviewjournal.com**

### OPINION POLL

**PRESIDENT OBAMA**

■ Did President Obama's visit to Nevada last
week make you more likely to vote for Harry Reid,
less likely to vote for Reid, or did it have no real
effect on how you will likely vote in November?

| MORE LIKELY | 7% |
| LESS LIKELY | 17 |
| NO EFFECT | 75 |
| NOT SURE | 1 |

**Get complete poll results by visiting
www.reviewjournal.com**

SOURCE: Mason-Dixon Polling & Research Inc.
Margin of error plus or minus 4 percentage points.

LAS VEGAS REVIEW-JOURNAL

But as Reid faces an uphill path to win re-election
to a fifth Senate term, Obama's enthusiastic endorsement does not appear to have
improved the Senate majority leader's standing among constituents, according to a new
poll conducted for the Las Vegas Review-Journal.

**Reid got no bounce from Obama's visit on Feb. 19, when the president spoke highly
of him at Green Valley High School and to business leaders at CityCenter, polling
indicates.**

**A larger percentage of voters surveyed (17 percent) said they would be less likely to
vote for Reid following the president's visit than said they would be more likely to
vote for him (7 percent). Seventy-five percent said Obama's visit would have no effect
on how they vote.**

"Reid was not helped, and Obama was not any more popular than he was before he came to the state," said Brad Coker, managing director at Mason-Dixon Polling & Research...

"The independents hold the key to Reid, and for Reid there is no sign he is cracking them right now," he said.

Mason-Dixon researchers spoke over the phone with 625 likely Nevada voters Monday through Wednesday. The poll's margin of error is plus or minus 4 percentage points...

"It would be to Obama and Reid's advantage to get off health care and get onto issues that people want them to work on," Coker said...

It reassuring to see that Mr. Obama's still has his golden touch with Democrat candidates.

### Related Articles:

- NV Senate Passes Four Day Workweek
- Reid To Extend Jobless Aid Another Year
- Reid: Jobless Men Beat Up Their Wives
- Shocker: Reid Will Push For Public Option
- Reid Quickly Kills 'Bipartisan' Jobs Bill
- NV Dem: Reid's Done, We're Intercoursed
- Reid: Senate Has Time For Climate Tax
- Nevadans Oppose Reid On Healthcare
- Reid: Obama Light-Skinned, No Dialect
- Reid: GOP Are Like Slavery Supporters
- Reid, Baucus Behind Timber 'Entitlement'
- Reid: Obama-care Won't Work In Nevada

BOOKMARK

This article was posted by Steve Gilbert on Sunday, February 28th, 2010 at 12:38 pm. You can leave a response.

## Hot Stock Alert - EHSI

Profit From Healthcare Explosion New Millionaires Created Today
EmergingHealthcareSolutionsinc.com

## Top 2010 Online Business Opportunities

Review The Top 2010 Legitimate Make Money Online Programs.
www.eBizReviewTeam.com

## 5 Responses to "Obama Visit Lost Reid 10% More Voters"

1. *Mithrandir*
   March 1, 2010 at 2:48 am

   Continuously falling polls for Obama, and horrific poll numbers for Congress, recent polling shows Americans think their own government is the greatest threat to their freedoms...

   DON'T THESE PEOPLE GET IT?

   STOP DOING STUFF! Stop making bills, stop taking in money, stop spending money, stop functioning! Stop being the center of attention, stop governing, stop worrying Americans about what new horrible threat their own government is going to impose on them. Stop the war on poverty, the war on drugs, the war in far off countries....

   It is the reverse hand of Midas, in which everything the government touches turns to sh\*\*!

   Log in to Reply

2. *proreason*
   March 1, 2010 at 10:38 am

   Reid should commit hari kari.

   His death would show people how wrong they are to utterly reject ObamyScare.

   It's the right thing to do, and Nancy Pelosi would be impressed.

   Log in to Reply

3. *Liberals Demise*
   March 1, 2010 at 6:06 pm

   "The Black Plague"

   Log in to Reply

4. *wirenut*
   March 1, 2010 at 7:45 pm

   Strange how a person of multi-colors sticks to the words of some, "old dead white guys", like Lenin & Marx. Not a black plague L.D., just a plague.

   Log in to Reply

5. *Astravogel*
   March 1, 2010 at 11:05 pm

   The Republicans might want to recollect that the best general the Allies had in WW II was Adolf Hitler...

   Just let them keep on making rope to hang themselves with.

Meanwhile, how is the French aid to Chile coming along?

Log in to Reply

You must be logged in to post a comment.

« Home | To Top
« Obama Still Addicted To Tobacco Nicotine | Soros: BHO Should've Taken Over Banks »

"
loading

# EXHIBIT 3

# EXHIBIT 3

# Palin Energizes Thousands In Searchlight

From the Las Vegas Review-Journal:



## TEA PARTY EXPRESS RALLY: Palin energizes thousands, declares 'we're not going to sit down and shut up'

By LAURA MYERS AND BENJAMIN SPILLMAN
Mar. 27, 2010

Speech pages rustling in a brisk breeze, Sarah Palin gazed Saturday across a sea of conservatives, perhaps 10,000 strong and holding signs calling for more freedom and less federal government, and issued a call to action for those who want to kick the Democrats out in 2010.

"We're not going to sit down and shut up," Palin, the GOP vice presidential candidate in 2008, shouted from the stage at a midday rally in the rock-scarred desert just outside the hometown of Senate Majority Leader Harry Reid, D-Nev. "We're taking our country back, and we're starting right here in Nevada." ...

Skywriters overhead painted slogans on the blue canvas, including "VOTE REID OUT," as she spoke. Thousands of cell phone cameras, glinting in the sun, snapped pictures of the GOP darling. When she was done speaking, the crowds started leaving en masse, the main draw gone...

**The Searchlight spectacle will go down in Nevada history as one of the state's largest political gatherings.** Las Vegas police put the crowd count at a conservative 8,000 by 1 p.m. just after Palin spoke, while organizers — citing media reports and a security firm — gave a broad crowd estimate ranging from 9,000 up to 30,000 on the 160-acre site.

**With people coming and going throughout the day, it appeared the event met or exceeded predictions that at least 10,000 would make the Searchlight trek.**

Traffic was the biggest problem, with U.S. Highway 95 backed up for more than five miles in both directions as RVs, campers, trucks, trailers, cars and motorcycles streamed into the gravel road site...

**U.S. Senate candidate Scott Ashjian, who has been derided by the Tea Party movement as an interloper for running under his own Tea Party of Nevada banner, made a stealthy appearance, although he allowed CNN to tag along as he met people in the crowd. He wasn't invited to speak.**

"I was out there and shook a few hands," Ashjian said by telephone after he left the site without making any public waves, although he said one person got "pretty verbal" and denounced him. "It looked like a Republican convention to me, though, and not a real Tea Party event." ...

Pretty ironic, coming from a Harry Reid plant.

**The former Alaska governor's 20-minute speech, aimed at the discontented middle-class masses,** was the highlight of the event, which attracted supporters from Nevada and several neighboring states who came decked in red, white and blue and colored in red-hot anger at the Obama administration.

Mostly, they're angry at health care reform and government bailouts of the banking and auto industries.

"There are more of us than them, and it's about time we spoke up," said Marlene Demarco of Las Vegas as she and what she called her "crazy conservative" friends arrived early Saturday to stake out a spot to hear Palin.

Demarco carried a sign saying: "Democrats you're fired."

"I was a stupid Democrat for 40 years, and then I wised up. They have just screwed us over and over again."

**The emotions in the crowd didn't spill over into violence, however, or insults and racist rhetoric as feared after some Democratic lawmakers in Washington were verbally attacked last week after voting for health care reform.**

These lies have now been repeated enough for the media to pretend they are objective fact.

Palin addressed the matter directly, blaming the "mainstream media" for suggesting conservatives and members of the Tea Party movement were inciting violence, including herself.

By telling Americans "it's not a time to retreat, it's a time to reload," Palin, a guns rights proponent, said she was "telling people that their arms are their votes."

"We're not inciting violence," she said, dismissing the idea as "a bunch of bunk."

**The only incident reported was by the Tea Party Express, which said its bus was egged by Reid supporters as it traveled through Searchlight a couple miles away from the rally.**

Egg whites and yolks dripped from the bus's windshield wipers as the convoy arrived on site, **but it wasn't possible to verify who threw the eggs.**

No, we will never know who threw the eggs.

**Reid, who was in Las Vegas to open a shooting park** and later speak with former Vice President Al Gore at a dinner event, said he welcomed the gathering in the old mining town, where he was born in 1939.

"I'm glad they're there. That's what America is all about. It's a democracy," said Reid, who has been polling behind his top potential GOP opponents in the Senate race...

Mr. Reid – an unmitigated liar to the last.

By the way, to their credit the Las Vegas Journal Review also posted some actual photographs of the crowd at the event:





Of course, being professional journalists, they had to balance these images with one of the counter-protestors:



But even so the Las Vegas Review-Journal gave a far more accurate portrayal of events than our mainstream media watchdogs.

CNN, for instance, described the turnout as "at least dozens":





But what should we believe?

Our media masters or our lying eyes?

**Related Articles:**

- CNN: Reid 'Reaches Out' To Tea Partiers
- Jesse Jackson 'Confronts' Tea Partiers
- Durbin And Schumer Vie To Replace Reid
- Karl Rove's Memoir Exposes Harry Reid
- CPUSA: Labor Unions Will Not Be Denied
- Obama Visit Lost Reid 10% More Voters
- Pelosi: GOP Has Hijacked The 'Tea Party'
- NV Senate Passes Four Day Workweek
- Reid: Jobless Men Beat Up Their Wives
- Media Link Joseph Stack To 'Tea Party'
- MT Indian Tribe Holds 'Tea Party' Rally
- Anti-Tea Party Ads Bought With Union $
- Palin's Speech At Tea Party Convention
- NV Dem: Reid's Done, We're Intercoursed
- Reid: Senate Has Time For Climate Tax
- Nevadans Oppose Reid On Healthcare
- Schieffer: Palin Has No Future in Politics
- Reid: Obama-care Won't Work In Nevada
- Harry Reid's Childhood Nickname: "Pinky"
- Reid Paid Staff With Campaign Money
- Get Rich In Shady Land Deals Like Reid

BOOKMARK

This article was posted by Steve Gilbert on Monday, March 29th, 2010 at 12:03 am. You can leave a response.

# EXHIBIT 4

# EXHIBIT 4

Case 2:10-cv-01491-RLH-RJJ   Document 1-1   Filed 08/31/10   Page 16 of 22

•

Advertise On
Sweetness & Light

« Reid: Obama Light-Skinned, No Dialect | Home | Giant Traffic Fines For 'Rich' In Europe »

**CLICK HERE TO ORDER ONLINE
AT JIMMYJOHNS.COM**

# Nevadans Oppose Reid On Healthcare

From the Las Vegas Review-Journal:



(Click to enlarge)

## HEALTH CARE OVERHAUL POLL: More Nevadans unhappy with reform package and in Reid's efforts pushing it

Declining support reflects Nevadans distaste for deals to win votes

By PAUL HARASIM
January 10, 2010

**Support for the health care reform package moving through Congress continues to drop among Nevadans, as does support among the state's Democrats and independents**

↑↑↑

for the work done on the bill by Senate Majority Leader Harry Reid, a new poll commissioned by the Las Vegas Review-Journal shows.

That same poll shows nearly one in five Nevadans would elect to pay a fine by the government rather than buy health insurance under the new plan.

The poll found that 35 percent of Nevadans support the attempt to correct inadequacies in the nation's health care system, a 4 percentage point drop from a December poll that found 39 percent of the state's voters approved of health reform efforts.

In August, 43 percent of the state's voters backed reform.

Among the state's Democrats, 66 percent approve of Reid's efforts to get a health care reform bill through the U.S. Senate, also down 4 percentage points since December. Democrats who disapprove are at 27 percent, up 9 points since December. Statewide, 33 percent approve and 60 percent disapprove.

Perhaps even more critical for Reid, President Barack Obama's point man for passage of the legislation, is the fact that his disapproval rating among independents for his work on health care rose to 74 percent, compared to 53 percent in December...

The poll carries a margin of error of plus or minus 4 percentage points for most of the health care questions.

The question concerning overall support was reworded from the December poll, which asked respondents if they supported "Obama's proposal to reform health care." The current poll asked survey takers if they support legislation that "appears likely to pass Congress and be signed into law" by Obama.

[Brad Coker, managing partner of the Washington, D.C.-based Mason-Dixon Polling & Research, which conducted the telephone poll of 625 registered voters] said it is doubtful that growing disapproval of independents on the issue can be overcome and that Reid will be sent back to Washington next year.

Poll results published Saturday showed him trailing potential GOP challengers Danny Tarkanian, Sue Lowden and Sharron Angle.

"The key votes in Nevada are found in the independent voters," Coker said. "The fact that there is a big shift means big trouble for him. His re-election is a long shot. I think part of this shift reflects the wish of independents that he was spending more time on the economy." ...

The health care reform bill, which mandates that insurance companies cannot deny coverage because of a pre-existing medical condition, requires all Americans to purchase health insurance or pay a fine. The annual fine for an individual is $750, or 2 percent of their income, whichever is greater; for a family the fine is $2,250.

Coker said it won't be long before people realize they are better off economically if they go without insurance until they need it. He noted that a family that pays $1,000 a month for insurance could bank $120,000 in 10 years by going without insurance. That figure would be before $22,500 in fines were paid.

Case 2:10-cv-01491-RLH-RJJ    Document 1-1    Filed 08/31/10    Page 18 of 22

"The way the proposed law stands now, they can't refuse you from buying insurance when you get sick, and they can't charge you any more than someone else your age," he said. "So you're better off financially not buying it. Once that catches on, that could put insurance companies out of business."

Coker said those who are cynical may think that is the goal of the current plan. "That way, there would be no alternative to go to a government plan, which many liberal Democrats wanted anyway."

Mr. Coker makes some great points.

Once again, however, we suspect that Mr. Reid's low approval numbers are from more than just his handling of the healthcare issue.

Mr. Reid has finally gotten the average Nevadan's attention. And they are at last seeing the man they have been sending to Washington.

They are beginning to realize he does not represent them – not even slightly.

**Related Articles:**

- Reid: Obama Light-Skinned, No Dialect
- Dems To Stall Seating Brown For O-Care
- Dems Pass Mandatory Health Insurance
- CBO Says Reid's Vote Buying Cost $1.2B
- Reid: GOP Are Like Slavery Supporters
- Reid, Baucus Behind Timber 'Entitlement'
- Harry Reid Trots Out Ted Kennedy's Ghost
- Reid: Obama-care Won't Work In Nevada
- Congressional Approval At 24-Year Low

BOOKMARK

This article was posted by Steve Gilbert on Sunday, January 10th, 2010 at 5:39 am. You can leave a response.

**Hot Stock Alert - EHSI**
Profit From Healthcare Explosion New
Millionaires Created Today
EmergingHealthcareSolutionsInc.com

**Top 2010 Online Business Opportunities**
Review The Top 2010 Legitimate Make Money
Online Programs.
www.eBizReviewTeam.com

Get Listed

## 12 Responses to "Nevadans Oppose Reid On Healthcare"                    ↑↑↑

# EXHIBIT 5

# EXHIBIT 5

*-APPLICATION-*

## Title

**Title of Work:** Obama's visit just bounced off Reid

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** February 28, 2010          **Nation of 1st Publication:** United States

## Author

■          **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Operating Officer

**Email:** dbrownell@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:**  Steven A. Gibson

**Date:**  May 12, 2010

**Applicant's Tracking Number:**  0001693

**Registration #:**

**Service Request #:**   1-398847046

**Application Date:**   05-12-2010 23:54:38

## Correspondent

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States